IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN E. JOHNSON, )
)
          Plaintiff, )
)
vs. ) Case No. 18-cv-1260-JPG-RJD
)
NURSE BONNK/BONNIE, et al, )
)
          Defendants. )

## MEMORANDUM AND ORDER

GILBERT, District Judge:

On July 27, 2018, Plaintiff was ordered to pay an initial partial filing fee of $4.54 no later than August 9, 2018 (Doc. 12). Plaintiff was also ordered to either pay the remainder of the $350 filing fee ($345.46) or file an updated motion for leave to proceed *in forma pauperis* ("IFP") by that same date (Doc. 12). Plaintiff was clearly warned that failure to comply by August 9, 2018, would result in dismissal of this case. *Id*. Document 12 was sent to Plaintiff at the address listed in his notice of change of address filed on June 26, 2018, 1013 West Blvd., Apt. A, Belleville, IL 62220. To date, Plaintiff has not made any payments toward the filing fee nor has he filed an updated motion for leave to proceed IFP. The Court cannot allow this matter to linger indefinitely. The deadline set in Document 12 remains in effect.

Plaintiff is hereby **ORDERED** to pay the initial partial filing fee of $4.54 no later than 14 days (on or before **September 18, 2018**). Plaintiff shall also file an updated motion for leave to proceed IFP or pay the remainder of the filing fee ($345.46) no later than **September 18, 2018**. Plaintiff is again **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate

1

Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order shall result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

DATED: September 4, 2018

<u>s/J. Phil Gilbert</u>
United States District Judge